IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00347-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EVERADO ATONDO,
2.  JOSE BERNARDO BERNAL-ATONDO, and
3.  **JOSE FRANCISCO QUINTERO-MENDOZA,**

    Defendants.

## MINUTE ORDER

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Due to a conflict in the court's calendar, sentencing is rescheduled to August 1, **2007, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    No person will be allowed to enter the courthouse without valid state or government photo identification.

Dated:  March 23, 2007

                                                    s/ Jane Trexler, Judicial Assistant